**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1574

KRISTY WALLS,

Plaintiff - Appellant,

versus

AVPRO, INC.; DONALD P. BASS; ROBERT W. RABBITT, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-04-2042-JFM-1)

Submitted:  October 28, 2005          Decided:  January 20, 2006

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kathy C. Potter, Seth C. Berenzweig, ALBO & OBLON, L.L.P., Arlington, Virginia, for Appellant.  Charles B. Wayne, Elisha A. King, DLA PIPER RUDNICK GRAY CARY US LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kristy Walls appeals the district court's order dismissing her Title VII action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Walls v. Avpro, Inc.</u>, No. CA-04-2042-JFM-1 (D. Md. Apr. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>